UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>**JACOB BLYTHE WHITED**<br><br>Defendant. | CASE NO.<br><br>JUDGE<br><br>**INFORMATION**<br>18 U.S.C. § 922(a)(6)<br>18 U.S.C. § 924(a)(2) |

**THE UNITED STATES ATTORNEY CHARGES:**

## COUNT ONE
### (False Statement During Purchase of a Firearm)

1. On or about December 14, 2024, in the Southern District of Ohio, the defendant, **JACOB WHITED**, in connection with the acquisition of a firearm, to wit, a SAR 9C, 9mm caliber pistol, bearing serial number T1102-24CY00667, from Cabela's, a federally licensed firearms dealer within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Cabela's, which statement was intended and likely to deceive Cabela's as to a fact material to the lawfulness of the sale of the firearm to the defendant, in that the defendant executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, to the effect that he was the actual transferee/buyer of the firearm when, in fact, he was purchasing the firearm on behalf of L.B. and L.D.

**In violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).**

## FORFEITURE ALLEGATION

2. The allegations of this Information are re-alleged and incorporated here by reference for the purpose of alleging forfeitures to the United States pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

3. Upon conviction of any offense alleged in this Information, the defendant, **JACOB WHITED**, shall forfeit to the United States his interest in any firearms and ammunition involved in or used in such offense, including, but not limited to, the following:

- One SAR 9C, 9mm caliber pistol, bearing serial number T1102-24CY00667; and
- Any associated ammunition.

**Forfeiture pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure.**

DOMINICK S. GERACE II
United States Attorney

*/s/ Brian Martinez*

BRIAN J. MARTINEZ (CA 224587)
Assistant United States Attorney